1  AMIE MCTAVISH, ESQ., SBN 242372
   **ANGELO, KILDAY & KILDUFF**
2  Attorneys at Law
3  601 University Avenue, Suite 150
   Sacramento, CA  95825
4  Telephone:  (916) 564-6100
   Telecopier:  (916) 564-6263
5
6  Attorneys for Defendant CHICO POLICE DEPARTMENT

7  ELLEN C. DOVE, ESQ., SBN 064034
   5325 Elkhorn Blvd. Suite 160
8  Sacramento, CA  95842
   Telephone:  (916) 331-0111
9  Telecopier:  (916) 726-8576

10 Attorney for Plaintiff CORY J. QUINONEZ,
11

12                    **UNITED STATES DISTRICT COURT**
13                     **EASTERN DISTRICT OF CALIFORNIA**
14

15 CORY J. QUINONEZ,              )  Case No.:  2:10-CV-02801 FCD KJM
                                  )
16                Plaintiff,      )
                                  )  **STIPULATION AND ORDER FOR STAY**
17         vs.                    )
                                  )
18                                )
   CHICO POLICE DEPARTMENT, OFFICER )
19 M. MADDEN, OFFICER PENA, and DOES )
   1-20,                          )
20                                )
                                  )
21              Defendants.       )

22      The parties, through their respective counsel, hereby submit the following Stipulation and
23 Request for Stay:
24      1.    WHEREAS Plaintiff has filed this action against the Chico Police Department
25 and several police officers for the City of Chico;
26      2.    WHEREAS the complaint in this action is based on events allegedly occurring on
27 or about October 18, 2009;
28      3.    WHEREAS the same events that form the basis of the civil complaint are also the

subject of a criminal action against Plaintiff CORY J. QUINONEZ that is currently pending in Butte County Superior Court, case number SCR74980;

    4.    WHEREAS Government Code § 945.3 prohibits the filing of a civil action against a peace officer and his or her employing entity while criminal charges are pending in a superior court;

THE PARTIES HEREBY STIPULATE this civil action may be stayed, and that all hearings and deadlines are vacated during the time that criminal charges are pending in superior court.

Dated: December 9, 2010

ANGELO, KILDAY & KILDUFF

    */s/ Amie McTavish*
By: _____
AMIE MCTAVISH
Attorneys for Defendant CHICO POLICE DEPARTMENT

Dated: December 9, 2010

    */s/ Ellen C. Dove*
By: _____
ELLEN C. DOVE
Attorney for Plaintiff CORY J. QUINONEZ

### ORDER

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that:

1. This civil action is stayed and all related hearings and deadlines are vacated;

2. The attorney for the Plaintiff shall notify the Court and counsel, within 30 days, of the conclusion of the criminal proceedings;

3. A response to the complaint will be filed within 30 days of the date on which counsel for the Plaintiff provides written notice of the conclusion of the criminal proceedings (facsimile or electronic notice included).

Dated: December 9, 2010

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE