AMIE MCTAVISH, ESQ., SBN 242372
**ANGELO, KILDAY & KILDUFF, LLP**
Attorneys at Law
601 University Avenue, Suite 150
Sacramento, CA  95825
Telephone: (916) 564-6100
Telecopier: (916) 564-6263

Attorneys for Defendant CITY OF CHICO (sued erroneously as CHICO POLICE DEPARTMENT)

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CORY J. QUINONEZ,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>CHICO POLICE DEPARTMENT, OFFICER M. MADDEN, OFFICER PENA, and DOES 1-20,<br><br>　　　　　Defendants. | Case No.: 2:10-CV-02801 JAM CKD<br><br>**STIPULATION FOR DISMISSAL OF ACTION WITH PREJUDICE AND ORDER** |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

　　　The parties, through their respective counsel, hereby stipulate that this matter shall be dismissed in its entirety and with prejudice.  It is further stipulated that each party will bear its own costs, including all attorney's fees.

Dated: January 3, 2013　　　　　　　　　　　　ANGELO, KILDAY & KILDUFF, LLP

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　*/s/ Amie McTavish*
　　　　　　　　　　　　　　　　　　　　　　　　By: _____
　　　　　　　　　　　　　　　　　　　　　　　　AMIE MCTAVISH
　　　　　　　　　　　　　　　　　　　　　　　　Attorneys for Defendant CITY OF CHICO

---

1
STIPULATION FOR DISMISSAL OF ACTION WITH PREJUDICE AND [PROPOSED] ORDER

{00068817}

Dated: January 3, 2013

By: */s/ Ellen C. Dove*
ELLEN C. DOVE
Attorney for Plaintiff CORY J. QUINONEZ

**ORDER**

IT IS SO ORDERED.

Dated: 1/3/2013

/s/ John A. Mendez
JOHN A. MENDEZ
United States District Court Judge